UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONDIUS KIRKSEY,

    Plaintiff,

  v.

WAYNE COUNTY SHERIFF, *et al.*,

    Defendants.
_____/

Case No. 24-10179

District Judge George Caram Steeh
Magistrate Judge Patricia T. Morris

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S COMPLAINT

On June 18, 2024, Magistrate Judge Patricia T. Morris issued a report and recommendation proposing that the court dismiss Plaintiff's complaint for lack of prosecution. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

- 1 -

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Morris's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Morris's report and recommendation (ECF No. 154) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED pursuant to Fed. R. Civ. P. 41(b).

Dated: July 9, 2024

                                     s/George Caram Steeh
                                     GEORGE CARAM STEEH
                                     UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 9, 2024, by electronic and/or ordinary mail and also on Leondius Kirksey #2021004250, Wayne County Jail - Division 1, 570 Clinton Street, Detroit, MI 48226.

s/LaShawn Saulsberry
Deputy Clerk